UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No.   14-06948-JMC-13 |
| April Elain Dublin | ) |
| | ) |
| | ) |
| | ) |
| Debtor | |

## CERTIFICATE OF SERVICE

     I hereby certify that on July 30, 2014, a copy of the foregoing Chapter 13 Plan and Notice on Chapter 13 Plan were issued electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

     Ann M DeLaney, anndelaney341@trustee13.com

     Tom Scott & Associates, PC, via e-mail address

     U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

     I further certify that on July 30, 2014, a copy of the foregoing Chapter 13 Plan and Notice on Chapter 13 Plan were mailed by US First-Class mail, postage prepaid and properly addressed to the following:

     /s/Ann M. DeLaney, Trustee
Ann M. DeLaney, Trustee
Office of Ann M. DeLaney, Trustee
251 N. Illinois, Suite 970
Indianapolis, IN  46204
(317) 829-7360

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 14-06948-JMC-13<br>Southern District of Indiana<br>Indianapolis<br>Fri Jul 25 13:29:11 EDT 2014 | Ace Cash Express<br>1231 Greenway Dr., Ste. 700<br>Irving, TX 75038-2556 | American Web Loan<br>522 N 14th St<br>Box 130<br>Ponca City, OK 74601-4654 |
| Bank of America Mastercard<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | Cash Central<br>84 East 2400 North<br>Logan, UT 84341-2902 | Cash NET USA<br>200 West Jackson<br>Suite 2400<br>Chicago, IL 60606-6941 |
| Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 | Check and Go<br>4824 Socialville Foster R<br>Mason, OH 45040-6823 | Delbert Services Corporation<br>PO Box 4730<br>Anaheim, CA 92803-4730 |
| (p)CREDITORS BANKRUPTCY SERVICE<br>15660 DALLAS PKWY<br>SUITE 300<br>DALLAS TX 75248-3354 | Frederick J. Hanna & Associates, P<br>1427 Roswell Road<br>Marietta, GA 30062-3668 | Indiana Department of Revenue<br>100 N Senate, Rm N203 - Bankruptcy<br>Indianapolis, IN 46204-2217 |
| Internal Revenue Service<br>Attn: Bankruptcy Dept<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | Navy Federal Credit Union<br>PO Box 3100<br>Merrifield, VA 22119-3100 |
| Ocwen Loan Servicing<br>PO Box 780<br>Waterloo, IA 50704-0780 | Sallie Mae, Inc.<br>Attn: Bkcy Litigation, Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 | U.S. Trustee<br>Office of U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| USAA Mastercard<br>10750 McDermott Fwy<br>San Antonio, TX 78288-0570 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Ann M. DeLaney<br>Office of Ann M. Delaney<br>PO Box 441285<br>Indianapolis, IN 46244-1285 |
| April Elain Dublin<br>3916 Cedar Ridge Road<br>Apt. 1B<br>Indianapolis, IN 46235-4922 | Jess M. Smith, III<br>Tom Scott & Associates, P.C.<br>6100 N Keystone Ave<br>Suite 454<br>Indianapolis, IN 46220-2429 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Exchange Credit Program<br>PO Box 650410<br>Dallas, TX 75265-0410 | M&T Bank<br>PO Box 64679<br>Baltimore, MD 21264-4679 | (d)STAR Card<br>3911 S. Walton Walker Blvd.<br>Dallas, TX 75236-1598 |

```
Zales
PO Box 183015
Columbus, OH 43218-3015
```

End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22